PER CURIAM.

(No. 75-CC-604— )

OFFICE EQUIPMENT CO., OF CHICAGO, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 13, 1975.*

OFFICE EQUIPMENT CO. OF CHICAGO, Claimant, pro
se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.